
SEALED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 18cr 10266 |
|  | ) |  |
| v. | ) | Violation: |
|  | ) |  |
| DANTE STARKS, a/k/a "Tay," | ) | **Count One**: 21 U.S.C. § 841(a)(1) |
|  | ) | Distribution of Cocaine |
| Defendant. | ) |  |
|  | ) | **Drug Forfeiture** |
|  | ) | 21 U.S.C. § 853 |
|  | ) |  |

## INDICTMENT

**COUNT ONE:**      21 U.S.C. § 841(a)(1) – Distribution of Cocaine

The Grand Jury charges that:

On or about July 5, 2018, in Brockton and elsewhere in the District of Massachusetts,

### DANTE STARKS, a/k/a "Tay,"

defendant herein, did knowingly and intentionally distribute a mixture and substance containing

a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## DRUG FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

1.      Upon conviction of the offense in violation of Title 21, United States Code, Section 841(a), set forth in Count One of this Indictment,

### DANTE STARKS, a/k/a "Tay,"

defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.      If any of the property described above as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

Foreperson of the Grand Jury

Timothy Moran
Glenn MacKinlay
Assistant United States Attorneys
For the District of Massachusetts

District of Massachusetts
August 15, 2018

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk

1:34 P.