UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 18cr10266 |
| v. | Violation: |
| DANTE STARKS, a/k/a "Tay," | **Count One:** 21 U.S.C. § 841(a)(1) Distribution of Cocaine |
| Defendant. | **Drug Forfeiture** 21 U.S.C. § 853 |

## INFORMATION

Pursuant to Title 21, United States Code, Section 851, the United States files this Information giving notice that at the sentencing of defendant DANTE STARKS, a/k/a "Tay," the United States will seek increased punishment by reason of one of the following criminal convictions:

Jurisdiction: Suffolk Superior Court
Docket No.: 1584CR11119A
Offense: Distribute/Dispense Class B Subsequent Offense
Date: August 2, 2016

Jurisdiction: Suffolk Superior Court
Docket No.: 1584CR11119B
Offense: Possession Controlled Substance With Intent To Distribute Class A Subsequent Offense
Date: August 2, 2016

Jurisdiction: Suffolk Superior Court
Docket No.: 1584CR11119C
Offense: Possession Controlled Substance With Intent To Distribute Cocaine Subsequent Offense
Date: August 2, 2016

Jurisdiction: Plymouth Superior Court
Docket No.: 2012CR00172001
Offense: Possession Controlled Substance With Intent To Distribute Heroin
Date: June 9, 2016

| | |
|---|---|
| Jurisdiction: | Plymouth Superior Court |
| Docket No.: | 2012CR00172003 |
| Offense: | Possession Controlled Substance With Intent To Distribute Oxycodone |
| Date: | June 9, 2016 |

| | |
|---|---|
| Jurisdiction: | Dorchester District Court |
| Docket No.: | 1107CR002435A |
| Offense: | Possession To Distribute Class A |
| Date: | August 5, 2011 |

| | |
|---|---|
| Jurisdiction: | Dorchester District Court |
| Docket No.: | 1107CR002435B |
| Offense: | Possession To Distribute Class B |
| Date: | August 5, 2011 |

| | |
|---|---|
| Jurisdiction: | Plymouth District Court |
| Docket No.: | 0459CR3861B |
| Offense: | Possession Class A Substance Heroin |
| Date: | July 19, 2011 |

| | |
|---|---|
| Jurisdiction: | Plymouth District Court |
| Docket No.: | 0459CR3861C |
| Offense: | Possession To Distribute Class A Heroin |
| Date: | July 19, 2011 |

| | |
|---|---|
| Jurisdiction: | Plymouth District Court |
| Docket No.: | 0459CR3861D |
| Offense: | Possession To Distribute Class D Marijuana |
| Date: | July 19, 2011 |

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ *Timothy E. Moran*
Timothy E. Moran
Glenn A. MacKinlay
Assistant U.S. Attorneys

Dated: August 15, 2018